902

memorandum for the United States stating that the Government does not oppose the granting of the petition.

No. 15. UNITED STATES v. DUVARNEY. C. A. 1st Cir. Certiorari denied. *Solicitor General Perlman* for the United States.

No. 139. NICHOLSON TRANSIT Co. v. UNITED STATES. Court of Claims. Certiorari denied. *Sparkman Deats Foster* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge* and *Paul A. Sweeney* for the United States.

No. 207. SEDIVY ET AL. v. SUPERIOR HOME BUILDERS, INC. ET AL. C. A. 7th Cir. Certiorari denied. Petitioners *pro se*. *Arthur R. Seelig* for respondents.

No. 362. MEAD SERVICE Co. ET AL. v. MOORE, DOING BUSINESS AS MOORE'S BAKERY. C. A. 10th Cir. Certiorari denied. *Edward W. Napier* and *Howard F. Houk* for petitioners. *Dee C. Blythe* for respondent.

No. 372. CHERRYWOOD APARTMENTS, INC. ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Carl L. Shipley* for petitioners. *Solicitor General Perlman, Assistant Attorney General Underhill* and *Roger P. Marquis* for the United States.

No. 389. FLORIDA EX REL. HICKS-KESSLER FLYING SCHOOL, INC. v. HOLT, CIRCUIT COURT JUDGE. Supreme